**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>  Plaintiff,<br><br>  v.<br><br>ACRONIS, INC., et al.,<br><br>  Defendants. | Case No. 6:15-cv-1001-RWS-KNM<br><br>(LEAD CASE) |
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>  Plaintiff,<br><br>v.<br><br>TLM, INC. D/B/A ROBERT<br>MCNEEL & ASSOCIATES,<br><br>  Defendant. | Case No. 6:15-cv-01006-RWS-KNM<br><br>(*Consolidated with Case No. 6:15-cv-1001 RWS-KNM*) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), recognizing the Stipulation of Dismissal filed by Plaintiffs, Uniloc Luxembourg, S.A. and Uniloc USA, Inc. ("Uniloc") and Defendant TLM, Inc. d/b/a Robert McNeel & Associates ("TLM") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

**ORDERED** that the claims asserted herein by Uniloc against Defendant TLM in the action be, and hereby are, dismissed with prejudice;

**ORDERED** that the counterclaims and defenses asserted herein by TLM against Uniloc

be, and hereby are, dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED this 27th day of January, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE